# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IVAN DIAZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-CV-767-GKF-FHM |
| ) | |
| JOHN ZINK COMPANY, LLC, ) | |
| a Foreign For Profit Business ) | |
| Corporation, d/b/a JOHN ZINK ) | |
| HAMWORTHY COMBUSTION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case comes before the court *sua sponte*. On May 17, 2017, the court directed plaintiff Ivan Diaz "to cause new counsel to enter an appearance in this matter, or to file a statement describing his intent to proceed *pro se*" by June 17, 2017. [Doc. No. 16]. The court advised him that a "[f]ailure to do so may result in dismissal of this action without prejudice." [*Id.*]. As of the date of this order, Mr. Diaz has failed to obtain new counsel or enter an appearance *pro se*. For that reason, and pursuant to the court's May 17, 2017 order, this action is dismissed without prejudice.

IT IS SO ORDERED this 20th day of June, 2017.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT