## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IVAN DIAZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-CV-767-GKF-FHM |
| | ) | |
| JOHN ZINK COMPANY, LLC, | ) | |
| a Foreign For Profit Business | ) | |
| Corporation, d/b/a JOHN ZINK | ) | |
| HAMWORTHY COMBUSTION, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

Pursuant to the court's order of June 20, 2017, it is ordered that this action be dismissed without prejudice.

IT IS SO ORDERED this 20th day of June, 2017.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT